# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PARKER, JAMES A. | U.S. DISTRICT COURT | 04/10/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.DIST.JUDGE(SENIOR) | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

421 Gold Ave., S.W.
ALBUQUERQUE, N.M. 87102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Co-Manager | JPFP ▮▮▮ , LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/10/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/10/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bascom ValueAdded Apartment Investors II | A | Distribution | L | U | | | | | |
| 2. Bank of Am Checking/Savings (Albuquerque, NM) | A | Interest | L | T | | | | | |
| 3. Bank of Am CDs/Checking Acct (LLC) (Denver, CO) | A | Interest | O | T | | | | | |
| 4. REAL ESTATE INTERESTS (H) | | | | | | | | | |
| 5. Parcel #1, Harris Co., TX (Undivided 50%) (LLC) ($278,174) | | None | J | S | | | | | |
| 6. Parcel #3, Harris Co., TX (Undivided 50%) (LLC) ( $1,817,168) | | None | J | S | | | | | |
| 7. Parcel #1, Live Oak Co., TX (Undivided 50%) (LLC) ($53,349) | A | Rent | J | S | | | | | |
| 8. Parcel #1, Bernalillo Co. NM (Undivided 25%) (LLC) ($40,725) | | None | J | S | | | | | |
| 9. Parcel #2, Bernalillo Co., NM (Undivided 50%) (LLC) ($37,850) | | None | J | S | | | | | |
| 10. Parcel #1, La Plata Co., CO (Undivided 25%) (LLC) ($55,000) | A | Rent | J | S | | | | | |
| 11. MINERAL PROPERTIES OKLAHOMA: (H) | | | | | | | | | |
| 12. Love Co. | B | Royalty | J | W | | | | | |
| 13. MINERAL PROPERTIES TEXAS: (H) | | | | | | | | | |
| 14. Live Oak Co | A | Royalty | J | W | | | | | |
| 15. MINERAL PROPERTIES COLORADO: (H) | | | | | | | | | |
| 16. Adams Co. | A | Distribution | J | U | | | | | |
| 17. Arapahoe Co. | A | Distribution | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Weld Co. | B | Distribution | J | U | | | | | |
| 19. Washington Co. | B | Distribution | K | U | | | | | |
| 20. Mile Hi Flea Market | A | Distribution | J | W | | | | | |
| 21. Westfield Res. Partners | | None | J | W | | | | | |
| 22. Denver Minerals & Royalty | B | Distribution | J | W | | | | | |
| 23. Prospect Global Resources | | None | | | Closed | 01/12/14 | J | | |
| 24. FIDUCIARY TRUST INT'L ACCOUNT: (H) | | | | | | | | | |
| 25. Celgene Corp | | None | L | T | | | | | |
| 26. Franklin Int'l Growth Fund | A | Interest | K | T | | | | | |
| 27. Franklin Large Cap Equity | C | Interest | O | T | Sold (part) | 08/26/14 | J | A | |
| 28. | | | | | Buy (add'l) | 12/17/14 | L | | |
| 29. Franklin U.S. Government Securities | A | Interest | | | Sold | 08/26/14 | J | | Open Market (Loss) |
| 30. Franklin Small Cap | A | Dividend | M | T | Buy (add'l) | 12/18/14 | J | | |
| 31. Templeton Income Global | B | Distribution | | | Sold | 08/26/14 | J | A | |
| 32. Templeton Inst'l Funds Foreign Equity | A | Dividend | K | T | Sold (part) | 08/26/14 | J | A | |
| 33. L'Occitane | | None | | | Sold | 06/17/14 | J | | Open Market (Loss) |
| 34. Carefusion Corp. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Avago Technologies | A | Dividend | J | T | | | | | |
| 36. ACE Ltd | A | Dividend | K | T | | | | | |
| 37. Apple Inc | A | Dividend | K | T | | | | | |
| 38. ISHARES MSCI Emerging Markets | A | Dividend | J | T | Buy | 09/18/14 | J | | |
| 39. JP Morgan Chase | A | Dividend | K | T | | | | | |
| 40. Apex Operating Co., LLC | | None | M | W | | | | | |
| 41. Wisdom Tree Emerging Markets Fund | A | Dividend | | | Sold | 09/12/14 | K | | (Open Market (Loss) |
| 42. Hyundai Motor Co | A | Dividend | K | T | | | | | |
| 43. Pioneer Oak Ridge Small Cap | D | Dividend | M | T | | | | | |
| 44. Vanguard Emerging Markets | C | Interest | M | T | Sold (part) | 09/12/14 | K | B | |
| 45. Noble Energy | A | Dividend | L | T | | | | | |
| 46. EMC Corp | A | Dividend | K | T | | | | | |
| 47. Siemens AG | A | Dividend | J | T | | | | | |
| 48. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 49. U.S. Treasury Notes | D | Interest | M | T | | | | | |
| 50. Compass/BBVA check acct. | A | Interest | K | T | | | | | |
| 51. Compass/BBVA trust acct | A | Int./Div. | | | Donated | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AXA IRA (93 holdings all below reporting threshold: $34.08-$155.55) | A | Int./Div. | K | T | | | | | |
| 53. USAA CDs | A | Interest | K | T | | | | | |
| 54. USAA FUND ADVISOR ACCOUNT: (H) | | | | | | | | | |
| 55. USAA Growth Fund International | D | Distribution | L | T | Sold (part) | 03/19/14 | J | A | |
| 56. USAA Income Stock Fund | B | Dividend | L | T | Sold (part) | 03/19/14 | J | A | |
| 57. USAA International Fund | A | Dividend | L | T | Sold (part) | 03/19/14 | J | A | |
| 58. USAA Small Cap Stock Fund | B | Distribution | K | T | | | | | |
| 59. USAA Emerging Maarkets Fund | A | Dividend | K | T | Buy (add'l) | 03/19/14 | J | | |
| 60. USAA Precious Metals Fund | A | Distribution | J | T | Sold (part) | 03/19/14 | J | | Open Market (loss) |
| 61. USAA High Income Fund | B | Distribution | K | T | | | | | |
| 62. USAA Income Fund Institutional | B | Dividend | M | T | Sold (part) | 03/19/14 | J | A | |
| 63. USAA Intrm-Term Bond Fund | B | Dividend | L | T | Buy (add'l) | 03/19/14 | J | | |
| 64. USAA Real Return Funds | A | Dividend | J | T | Buy (add'l) | 03/19/14 | J | | |
| 65. USAA Short-Term Bond Fund | B | Distribution | L | T | Buy (add'l) | 03/19/14 | J | | |
| 66. USAA Managed Allocation Fund | A | Dividend | L | T | Buy (add'l) | 03/19/14 | J | | |
| 67. USAA Subscriber's Account | A | Distribution | J | T | | | | | |
| 68. CHARLES SCHWAB ACCOUNT: (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguaard Short Term Tax Exempt | A | Dividend | | | Sold | 10/24/14 | K | A | |
| 70. Vanguard Short Term Fund | A | Dividend | | | Sold | 10/24/14 | K | A | |
| 71. Manning & Napier | B | Dividend | | | Sold | 10/24/14 | K | A | |
| 72. Pimco Fundamental | A | Dividend | | | Sold | 10/24/14 | K | | Open Market (Loss) |
| 73. Pimco All Asset | A | Dividend | | | Sold | 10/24/14 | K | | Open Market (Loss) |
| 74. Pimco Global Bond | A | Dividend | | | Sold | 10/24/14 | K | A | |
| 75. FPA New Income | A | Dividend | | | Sold | 10/24/14 | K | | Open Market (Loss) |
| 76. Copeland Risk Managed Fund | A | Dividend | | | Sold | 10/24/14 | K | C | |
| 77. T Rowe Price Summit Muni Fund | A | Dividend | | | Sold | 10/24/14 | K | A | |
| 78. Blackrock Strat Fund | A | Dividend | | | Sold | 10/24/14 | K | A | |
| 79. Schwab Gov Money Fund | A | Interest | | | Sold | 10/24/14 | J | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The interest of JPFP[      ], LLC in Prospect Global Resources (Line26, Part VII) became worthless during 2014 and the LLC in December, 2014 formally disclaimed any further interest in Prospect Global Resources.

The entries on Lines 5,6,7,8,9,10,14,16,17,18,19,20,21,22, and 23, Part VII reflect my 2% ownership interest in JPFP Family, LLC which is the owner of the assets described on those lines.

The Adams Co., Colorado mineral properties reported on Line 16, Part VII are working interests; in addition there were royalty interests in Adams Co. that produced income in catagory A and that had a year end Value K under value code U.

The Weld Co., Colorado mineral properties reported on Line 18, Part VII are working interests; in addition there were royalty interests in Weld Co. that produced income in catagory G and that had a year end Value N under value code U.

The securities shown on Lines 25 through 49 of Part VII were held during 2014 by Fiduciary Trust International either in an I.R.A. account and/or in managed accounts.

The securities shown on Lines 55 through 67 of Part VII were held during 2014 by USAA either in an I.R.A. account and/or in a managed account.

The asset shown on Line 51, Part VII was given[      ].

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/10/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES A. PARKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544